UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Moreno,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Tejon Ranch Co., a Delaware Corporation;<br>Chase, Inc., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 1:14-CV-00558-LJO-JLT<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## **ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

　Dated:　__September 29, 2014__　　　　　___/s/ Lawrence J. O'Neill___
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE